UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CATHERINE BALDI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SERVICE FINANCE CO. LLC,<br><br>　　　　　　Defendant. | Case No.  1:25-cv-00353-JLT-EPG<br><br>ORDER RE: STIPULATION TO SERVE DOCUMENTS VIA EMAIL AND TO E-FILE DOCUMENTS<br><br>(ECF No. 4) |

　　　　Plaintiff Mary Catherine Baldi proceeds *pro se* in this civil action. Now before the Court is the parties' stipulation (1) agreeing to serve documents via email under Federal Rule of Civil Procedure 5(b)(2)(E); and (2) requesting that Plaintiff be granted permission to electronically file (e-file) documents in this case. (ECF No. 4). The Court will grant the stipulation, in part, as to the parties' agreement to serve documents via email and will permit a supplement in support of the request for Plaintiff to e-file documents.

　　　　Under Federal Rule of Civil Procedure 5(b)(2)(E), parties may serve documents, among other means, by "sending it by other electronic means that the person consented to in writing." Fed. R. Civ. P. 5(b)(2)(E). Here, the Court approves the parties' agreement "to serve all documents in this action electronically via email." (ECF No. 4, p. 1).

　　　　The parties also request that Plaintiff be given permission to e-file documents. Under the Court's Local Rules, *pro se* parties are required to "file and serve paper documents" and "may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Local Rule 133(b)(2) (emphasis omitted). Any request for an exception to this Rule must be

1

submitted as a stipulation between the parties or via a motion. Local Rule 133(b)(3). It is within the Court's discretion to grant or deny such a request. *Reddy v. Precyse Solutions LLC*, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013).

The Court understands that it may be more convenient for Plaintiff to e-file documents; however, the stipulation does not make clear whether Plaintiff is familiar with the requirements applicable to e-filing in this Court and whether Plaintiff has the necessary hardware and software needed for e-filing. Plaintiff will be given an opportunity to file a declaration providing such information.

Accordingly, IT IS ORDERED as follows:

1. The Court approves the parties' stipulation to the extent that they agree to serve documents via email.
2. As for the request for Plaintiff to be granted permission to e-file documents, Plaintiff shall have seven (7) days from the date of entry of this order to file a declaration in support of the request. The declaration should address whether Plaintiff is aware of the requirements for e-filing and whether Plaintiff has access to the necessary hardware and software.

IT IS SO ORDERED.

Dated: __**April 1, 2025**__          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2