UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CATHERIN BALDI, | Case No. 1:25-cv-00353-JLT-EPG |
| Plaintiff, | ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| SERVICE FINANCE CO. LLC, | |
| Defendant. | (ECF No. 65). |

On May 22, 2026, the parties filed a joint stipulation stating as follows:

IT IS HEREBY STIPULATED by and between Plaintiff Mary Catherine Baldi and Defendant Service Finance Company, LLC, erroneously sued herein as Service Finance Co. LLC, through their undersigned counsel, that the above-captioned action shall be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own costs, fees, and expenses, and with the Court retaining jurisdiction over this action and the Parties for the limited purpose of enforcing the terms of the Parties' Confidential Settlement Agreement.

(ECF No. 65, p. 2).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own costs, fees, and expenses.

///

///

///

1

Accordingly, IT IS ORDERED as follows:

1. The Court retains jurisdiction for the limited purpose of enforcing the terms of the parties' settlement agreement.

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2026**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE